# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-01678-WQH |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT and ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JUAN FLORES GUERRERO, | |
| Defendant. | |

On motion of the United States, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

**SO ORDERED.**
Dated: September 1, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court